No. 92, Misc. HATCHETT *v.* MICHIGAN. *Per Curiam:* The appeal is dismissed.

No. 108, Misc. ELLENBERGER *v.* CITY OF OAKLAND ET AL. *Per Curiam:* The appeal is dismissed. THE CHIEF JUSTICE took no part in the consideration or decision of this case.

No. 102, Misc. WETZEL *v.* WIGGINS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. *Per Curiam:* The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Albert Sidney Johnston, Jr.* for appellant.

No. 226. WILLIAMS-McWILLIAMS INDUSTRIES, INC., *v.* McKEIGNEY, CHAIRMAN, STATE TAX COMMISSION. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for appellant. *John E. Stone* for appellee.